IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE JANUARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CIVIL NO. 15-00040-CG-C |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Outokumpu Stainless USA, LLC**, and against Plaintiff, **Willie January**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 28th day of July, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE